Case Name:  JEFFREY R. STEELE
Case No:    06 B 72111

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 26, 2007        WILLIAM T. NEARY
                                        United States Trustee, Region 11

                                 BY:    /s/._____
                                          CAROLE RYCZEK
                                          Attorney for the U.S. Trustee