## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| IN RE:<br>SEELE, JEFFREY R | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72111 MB |
|---|---|
| Social Security/Employer Tax ID Number:<br>xxx-xx-4944  13-7574837<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **October 17, 2007** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION<br>PREVIOUSLY<br>PAID | FEES NOW<br>REQUESTED | EXPENSES<br>NOW<br>REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 950.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 4,064.77 | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 2 7 2007

KENNETH S. GARDNER, CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 58.90 |

4.  The Trustee's Final Report shows total:

    a.  Receipts                              $    51,510.00

    b.  Disbursements                         $    36,052.54

    c.  Net Cash Available for Distribution   $    15,457.46

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $10,383.79, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $8,475.41.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:


\_\_\_\_9/26/07\_\_\_\_                          \_\_s/s Joseph D. Olsen_____
DATE

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3              User: jshores                 Page 1 of 1          Date Rcvd: Sep 27, 2007
Case: 06-72111                    Form ID: pdf002               Total Served: 22

The following entities were served by first class mail on Sep 29, 2007.
db           +Jeffrey R Seele,    1135 Business Route 20,   Belvidere, IL 61008-1963
aty          +Andrew K. Weiss,    Legal Helpers,    20 W. Kinzie Street,    #1300,   Chicago, IL 60610-7065
aty          +Craig A Willette,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr           +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11008801     +Andrew K. Weiss #,   Legal Helpers, PC,    20 W. Kinzie,   13th Floor,    Chicago, IL 60610-6392
11008802     +Baker, Miller, Markoff, Krasny LLC,    29 N Wacker Drive,   5th Floor,    Chicago, IL 60606-2854
11008803     +Capital 1 Bk,    11013 W Broad St,   Glen Allen, VA 23060-5937
11008804     +Client Services, Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
11008806     +Exxon Mobile/GE Money Bank,    Po Box 981400,   El Paso, TX 79998-1400
11008807     +GMAC,   PO Box 2150,   Greeley, CO 80632-2150
11008808      HSBC NV,   PO Box 17051,    Baltimore, MD 21297-1051
11198389     +Recovery Management Systems Corporation,    For GE Money Bank,    dba Exxon/Mobil Consumer,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11008810     +Redline Recover Services LLC,    2350 North Forest Rd.,    Suit 31B,   Getzville, NY 14068-1296
11008811    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U S Bank,    332 Minnesota Dr,   Saint Paul, MN 55102)
11221412     +US Bank Corp/Retail Payment Solutions,    PO Box 5229,   Cincinnati, Ohio 45201-5229
11221614      United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX 75403-5609
11008812     +Universal Fidelity LP,    PO Box 941911,    Houston, TX 77094-8911
11008813     +Us Dept Of Education,    501 Bleecker St,    Utica, NY 13501-2401

The following entities were served by electronic transmission on Sep 28, 2007.
11008805      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 28 2007 05:00:30     Discover Fin,   Pob 15316,
               Wilmington, DE 19850
11184502     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 28 2007 05:00:30
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11008809     +E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding,
               P.O Box 10497,    Greenville, SC 29603-0497
11363410      E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC   29603-0587
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11008800*    +Jeffrey R Seele,    1135 Business Route 20,   Belvidere, IL 61008-1963
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2007**           **Signature:** *Joseph Speetjens*